FILED
MAR 3 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | CRIMINAL NO. A20CR 077 LY |
| § | |
| v. § | INDICTMENT |
| § | |
| ALLEN FORREST COOK (1) § | [Ct. I – Vio: 21 U.S.C. § 841(a)(1) & |
| GLEN RICHARD JOHNSON, III (2) § | (b)(1)(C) & 2} – Possess with Intent to |
| § | Distribute Methamphetamine; Ct. II – Vio: |
| Defendants. § | 18 U.S.C. §922(g) – Possession of a Firearm |
| § | by a Felon; |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Possession with Intent to Distribute Methamphetamine**
**[21 U.S.C. § 841(a)(1) & (b)(1)(C) & 2]**

Beginning in or about October 2019 and continuing until on or about December 20, 2019 in the Western District of Texas and elsewhere, the Defendants,

**ALLEN FORREST COOK**
**GLEN RICHARD JOHNSON, III**

aided and abetted by each other and others, knowingly, intentionally and unlawfully Possessed with Intent to Distribute a mixture and substance containing methamphetamine, a controlled substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and 2.

3

## COUNT TWO
### Possession of Firearm by Felon
### [18 U.S.C. § 922(g)(1)]

On or about December 20, 2019, in the Western District of Texas, the Defendant,

**GLEN RICHARD JOHNSON, III**

knowing that he had previously been convicted of a felony offense punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess, in and affecting commerce, a firearm, namely:

- Interarms, Model Firestar Plus, 9mm caliber, semi-automatic pistol

which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE

As a result of the foregoing criminal violations as set forth in the Indictment:

Glen Richard Johnson, III, shall forfeit to the United States pursuant to Title 21, United States Code (U.S.C.) §§ 841 and 853(a) and Title 18 U.S.C. §§ 924(d), and Title 26, United States Code, Sections 1986, 5845(a), 7321-28, any and all property, real or personal, involved in the aforestated offense(s) wherein Glen Richard Johnson, III did obtain, use or intend to use:

a. Any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violations; and/or

b. Any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations;

thereby making Defendant's right, title and interest in said property forfeitable to the United States, and all property traceable to such property, including, but not limited to, the following:

1. **PERSONAL PROPERTY:** As a result of violations as alleged in the Indictment, any and all right, title, and interest of Defendant in certain personal properties described as follows:

- Interarms, Model Firestar Plus, 9mm caliber, semi-automatic pistol

All in violation of Title 21, U.S.C. §§ 841, 853(a) and Title 18 U.S.C. §§ 924(d), and Title 26, United States Code, Sections 1986, 5845(a), 5872, 7321-28.

A TRUE BILL:

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

JOHN F. BASH
United States Attorney

By: _____
DOUGLAS W. GARDNER
Assistant United States Attorney