IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. A-20-CR-077 LY |
| § | |
| ALLEN FORREST COOK (1), § | |
| GLEN RICHARD JOHNSON, III (2), § | |
| Defendants. § | |

## ADVISORY TO THE COURT REGARDING FORFEITURE

TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE:

The United States files this Advisory to the Court Regarding Forfeiture in which the United States advised the Court that no further judicial forfeiture proceedings are necessary as to the Subject Properties in this case. In support thereof, the United States respectfully advised the Court as follows:

### I. STATEMENT OF THE CASE

Defendants ALLEN FORREST COOK (1) and GLEN RICHARD JOHNSON (2) were charged by a two-count Indictment with Possession with Intent to Distribute Methamphetamine and Possession of a Firearm by a Felon. (Doc. 1). The Indictment also contained a Notice of Demand for Forfeiture, seeking forfeiture of the following:

- Interarms Model Firestar Plus, 9mm caliber, semi-automatic pistol;

- Any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violations; and all firearms, ammunition, and/or

- Any of the person's property used, and/or used, in any manner or part, to commit, or to facilitate the commission of, such violations;

**(hereinafter referred to collectively as "Subject Properties").**

## II. THE SUBJECT PROPERTIES WILL BE DISPOSED BY APD

The United States hereby advises the Court that the Subject Firearm is in the custody of the Austin Police Department (APD). The APD will dispose of the Subject Properties pursuant to their procedures at the conclusion of this case. Therefore, the United States respectfully advises the Court that the United States no longer seeks judicial forfeiture of the Subject Firearm.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: /s/ ROBERT ALMONTE II
ROBERT ALMONTE II
Assistant United States Attorney
Texas Bar #24049479
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such to the following CM/ECF participant:

Jose I. Gonzalez-Falla via Email: jose_gonzalez-falla@fd.org
(Attorney for Defendant GLEN RICHARD JOHNSON, III (2))

Additionally at this time, no attorney has been appointed to receive notice, as to
Defendant Allen Forrest Cook (1)

/s/ ROBERT ALMONTE II
ROBERT ALMONTE II
Assistant United States Attorney