AO 471  (Rev. 01/09) Order to Detain a Defendant Temporarily Under 18 U.S.C. § 3142(d)

# United States District Court
for the
Western District of Texas

United States of America

v.                                              NO:   AU:20-CR-00077(1)-LY

(1) Allen Forrest Cook

**ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)**

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole.  This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:**  The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until 1/6/2020.  I further order that a [X] detention hearing and [n/a] a preliminary hearing be held on **January 6, 2021 at 10:00 AM** before the Honorable Susan Hightower. Connection instructions will be e-mailed to counsel of record in advance of the hearing.

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred.  If no action is taken by the above date, the defendant must be brought before this court on that date for further proceedings.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his/her counsel and filed by 4:00 p.m. the day before scheduled hearing.

**Signed and Entered this**                    ANDREW W. AUSTIN
**21st day of December, 2020**                 UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

v.                                                          Case Number:  AU:20-CR-00077(1)-LY

(1) Allen Forrest Cook
*Defendant*

## DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, (1) Allen Forrest Cook, files this response to the Notice of Detention Hearing which was issued by the Court.  After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

_____        Respectfully submitted,
*Defendant*

_____        _____
*Date*                                                      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the \_\_\_\_\_ day of _____ , 20 \_\_\_ .

_____
Allen Forrest Cook
*Attorney for Defendant*